UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE YORK GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09 C 2141 |
| | ) Re: Subpoena in a Civil Case |
| WUXI TAIHU TRACTOR COMPANY, LTD., and WUXI METAL CASKET COMPANY, LTD., | ) ) Related Case No. 4:08-cv-02343 ) U.S. Southern District of Texas ) Houston Division |
| Defendants. | ) |

## MOTION FOR ENTRY OF JUDGMENT ORDER

Plaintiff The York Group, Inc. ("York"), by and through its attorneys, moves the Court for entry of a judgment order in the form attached hereto as **Exhibit 1**. In support, York states as follows:

1. In January, 2009, York sought discovery from One Stop China Source Ltd. ("One Stop") and Daniel H. Benefield ("Benefield") under subpoenas *duces tecum* (the "Subpoenas").

2. On June 12, 2010 and June 26, 2010, this Court found One Stop and Benefield to be in contempt of court, and awarded York its attorneys' fees and costs. (Docs. 14 & 16.)

3. Benefield's counsel filed appearances on October 2, 2009. (Docs. 35 & 36.) Subsequently, this Court denied the repeated efforts of One Stop and Benefield to avoid complying with the Subpoenas. (Docs. 50, 70, 74, 75.)

4. On January 27, 2010, York filed its Amended Motion for Turnover Order and For Additional Award of Attorneys' Fees and Costs ("Amended Motion for Turnover Order") (Docs. 70 & 80), as well as its Motion for Sanctions against Benefield related to

his perjurious statements in his October 9, 2009 Affidavit submitted to the Court. (Doc. 77.)

5. The Court granted York's Amended Motion for Turnover Order, and ordered Benefield to pay York its attorneys' fees and costs in the amount of $60,387.93. (Doc. 106.) The Court also found that Benefield committed perjury and awarded sanctions against Benefield in connection with York's Amended Motion for Turnover Order. (Doc. 107).

6. The Court ordered Benefield to pay $60,387.93 to York within fourteen (14) business days of the Court's May 11 Orders, or by June 1, 2010, or the court would allow York to submit a request for a body attachment. (Doc. 107.) At the time of the filing of this motion, York has not received payment from Benefield as ordered by the Court in its May 11 Orders.

7. The Court also ordered Benefield to produce all responsive documents within five (5) business days of the May 11 Order, or by May 18, 2010, or be subject to daily sanctions in the amount of $500.00. (Docs. 106 & 107.) At the time of the filing of this motion, York as not received any responsive documents from Benefield as ordered by the in its May 11 Orders.

8. York has filed an additional motion addressing Benefield's sanctionable conduct in its Second Motion for Turnover Order, Additional Sanctions and Body Attachment ("Second Motion for Turnover Order"), currently pending before this Court. (Doc. 111.)

9. York served Harris Trust and Savings Bank ("Harris Bank") with a garnishment summons on June 2, 2010, for the full amount of the award - $60,387.93.

(Doc. 109.) However, Harris Bank only holds $655.03 in Benefield's account. (Doc. 111.) York has requested that the Court order Harris Bank to turnover those funds to York in its Second Motion for Turnover Order. (Doc. 111.)

WHEREFORE, York moves the Court to enter a judgment order awarding York $59,832.90 in attorneys' fees and costs, as reflected by Exhibit 1 hereto; and any other relief as the Court deems just and proper.

Dated: June 15, 2010

                                  Respectfully submitted,

                                  /s/ Megan M. Keleher
                                  One of the Attorneys for Plaintiff
                                  The York Group, Inc.

Megan M. Keleher (6293103)
Wildman Harrold Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555
keleher@wildman.com

David A. Walton
Texas Bar No. 24042120
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, Texas 77056
Telephone: (713) 623-0887
dwalton@bmpllp.com
(*Admitted Pro Hac Vice*)
**Counsel for The York Group, Inc.**

## CERTIFICATE OF SERVICE

Megan M. Keleher, an attorney, certifies that on June 15, 2010, a true and correct copy of the foregoing **Motion for Entry of Judgment Order** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Megan M. Keleher
Megan M. Keleher (ARDC No. 6293103)
Attorney for Plaintiff The York Group, Inc.